```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 07370
     FRANK J WALLACE
     PATRICIA WALLACE                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-4900      SSN XXX-XX-9191


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 06/22/06 and confirmed on 11/01/06.

     2.   The case was dismissed after confirmation, 02/08/2008.

     3.   The Debtor paid a total of $   7500.00 .

     4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED | 18414.00 | 1577.85 | 1241.91 |
| B LINE LLC | UNSECURED | 649.22 | .00 | 64.92 |
| ASPIRE VISA | UNSECURED | 523.32 | .00 | 25.42 |
| ASSET MANAGEMENT OUT | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 1945.29 | .00 | 117.72 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 352.65 | .00 | 23.03 |
| CAPITAL ONE BANK | UNSECURED | 667.57 | .00 | 66.76 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 661.63 | .00 | 48.39 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 353.82 | .00 | 15.01 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 303.93 | .00 | 16.54 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 874.97 | .00 | 87.50 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5251.37 | .00 | 525.14 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 651.77 | .00 | 25.30 |
| CAPITAL ONE BANK | UNSECURED | 664.35 | .00 | 24.89 |
| CAPITAL ONE BANK | UNSECURED | 438.41 | .00 | 16.43 |
| CAPITAL ONE BANK | UNSECURED | 584.18 | .00 | 21.88 |
| CAPITAL ONE BANK | UNSECURED | 787.88 | .00 | 29.52 |

```
ASSET ACCEPTANCE CORP     UNSECURED      2032.45           .00         102.46
ASSET ACCEPTANCE CORP     UNSECURED       202.72           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED       171.94           .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED       574.08           .00          21.51
ECAST SETTLEMENT CORPORA  UNSECURED       975.96           .00          36.57
RESURGENT CAPITAL SERVIC  UNSECURED      2670.75           .00         134.64
        Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED        OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 18414.00         .00     21338.26          .00     39752.26
PRINCIPAL PAID      1241.91         .00      1403.63          .00      2645.54
INTEREST PAID       1577.85         .00          .00          .00      1577.85
TOTAL PAID          2819.76         .00      1403.63          .00      4223.39
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   3159.50
and was paid $    186.00  direct and $    2973.50   through the plan.

The Trustee received $     303.11 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 05/21/08                   /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
      CASE NO. 06 B 07370 FRANK J WALLACE & PATRICIA WALLACE